UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-26549 |
|---|---|---|
| CAROL J. LOVELY, | ) ) ) ) ) ) | Chapter: 13<br>Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

## ORDER APPROVING SALE OF REAL PROPERTY AND SHORTENED NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Debtor is granted leave to have her Motion to Approve Sale of Real Estate heard on shortened notice.

2. Debtor's motion to approve sale of the real property located at 10626 South Campbell Avenue, Chicago, IL is granted.

3. The proceeds of the sale of the above property shall be paid to the Chapter 13 Trustee, with any excess above the plan balance to be paid to the Debtor.

4. Creditor Fifth Third Bank will be paid in full and is not required to release its lien on the above property until it is paid in full.

Enter:

Dated: SEP 2 4 2019

United States Bankruptcy Judge

**Prepared by:**
Jeffrey A. Soufal, A.R.D.C. #6227155
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

Rev: 20151029_bko